IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**SIDNEY TINNEY**                                                                                                       **PLAINTIFF**

vs.                                     No. 1:22-cv-3542-MLB

**BLU SKY FOODS, LLC,
and MUNIR MANASRA**                                                           **DEFENDANTS**

## THIRD MOTION FOR EXTENSION OF TIME FOR SERVICE OF PROCESS OF DEFENDANTS BLU SKY FOODS, LLC, and MUNIR MANASRA

Plaintiff, by and through her undersigned attorney of the Sanford Law Firm, PLLC, for her Motion for Extension of Time for Service of Process for Defendants Blu Sky Foods, LLC, and Munir Manasra, states and alleges as follows:

1. Plaintiff filed her Original Complaint against Defendants Red Snapper, LLC, Blu Sky Foods, LLC, and Munir Manasra on September 1, 2022.

2. Plaintiff's original deadline to serve Defendants was November 30, 2022.

3. On October 27, 2022, Red Snapper, LLC, was successfully served through its registered agent Tawfek Awwad.

4. On March 20, 2023, Plaintiff was granted an extension of time for

Page 1 of 3
Sidney Tinney v. Blu Sky Foods, LLC, et al.
U.S.D.C. (N.D. Ga.) No. 1:22-cv-3542-MLB
Third Motion for Extension of Time for Service of
Defendants Blu Sky Foods, LLC, and Munir Manasra

service on Defendants Blu Sky Foods, LLC, and Munir Manasra until February 28, 2023.

5. Plaintiff has continued to engage a process server to serve Defendants Blu Sky Foods, LLC, and Munir Manasr, but has so far been unable to do so.

6. The process servers have been to the address multiple times, but no one will answer the door.

7. Plaintiff believes that we have the correct service address, although the process servers have been unable to get the defendant to answer the door.

8. Plaintiff believes that with additional time and continued diligence, Defendants will be successfully served.

9. For the good cause shown, Plaintiff seeks a 30-day extension to serve process on Defendants Blu Sky Foods, LLC, and Munir Manasra.

10. Plaintiff makes this request in good faith; this motion is made for good cause and not for the purpose of delay.

WHEREFORE, premises considered, Plaintiff respectfully prays that this Court grant this Motion and extend Plaintiff's time to serve Defendants Blu Sky Foods, LLC, and Munir Manasra, up to and including June 29, 2023.

Page 2 of 3
Sidney Tinney v. Blu Sky Foods, LLC, et al.
U.S.D.C. (N.D. Ga.) No. 1:22-cv-3542-MLB
Third Motion for Extension of Time for Service of
Defendants Blu Sky Foods, LLC, and Munir Manasra

Respectfully submitted,

**PLAINTIFF SIDNEY TINNEY**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

/s/ Josh Sanford
Josh Sanford
Ark. Bar No. 2001037 (*PHV Granted*)
josh@sanfordlawfirm.com

*LEAD COUNSEL FOR PLAINTIFF*

DELONG, CALDWELL, BRIDGERS
FITZPATRICK & BENJAMIN
101 Marietta Street, Suite 2650
Atlanta, Georgia 30303
Telephone: (404) 979-3150

Matthew W. Herrington
Ga. Bar No. 275411
matthew.herrington@dcbflegal.com

*LOCAL COUNSEL FOR PLAINTIFF*

**Page 3 of 3**
**Sidney Tinney v. Blu Sky Foods, LLC, et al.**
**U.S.D.C. (N.D. Ga.) No. 1:22-cv-3542-MLB**
**Third Motion for Extension of Time for Service of**
**Defendants Blu Sky Foods, LLC, and Munir Manasra**