IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**SIDNEY TINNEY**                                                                 **PLAINTIFF**

vs.                              No. 1:22-cv-3542-MLB

**BLU SKY FOODS, LLC,**
**and MUNIR MANASRA**                                                  **DEFENDANTS**

### ORDER GRANTING MOTION FOR EXTENSION OF TIME FOR SERVICE OF PROCESS – DEFENDANTS BLU SKY FOODS, LLC and MUNIR MANASRA

The Court having reviewed the Motion for Extension of Time for Service of Process for Defendants Blu Sky Foods, LLC, and Munir Manasra filed by Plaintiff Sidney Tinney, and the grounds therefore, finds the Motion is well taken and grants the Motion.

It is ORDERED that the deadline to serve Defendants Blu Sky Foods, LLC, and Munir Manasra is extended to June 29, 2023.

SO ORDERED this 5th day of June, 2023.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE