# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

Sidney Tinney,

        Plaintiff,

v.                                                            Case No. 1:22-cv-3542-MLB

Blu Sky Foods, LLC and Munir Manasra,

        Defendants.

_____/

## ORDER

Plaintiff has not taken any substantive action in this case since May 30, 2023. Accordingly, Plaintiff shall **SHOW CAUSE**, on or before January 8, 2024, why this action should not be dismissed without prejudice for failure to prosecute. *See* LR 41.3(A)(3), NDGa. Failure to comply with this order will lead to the dismissal of this action for failure to prosecute under Local Rule 41.3(A)(2) and (3). The Court **DIRECTS** the Clerk to submit this matter if Plaintiff fails to comply with this order.

**SO ORDERED** this 22nd day of December, 2023.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE