IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**SIDNEY TINNEY**                                                                **PLAINTIFF**

vs.                                          No. 1:22-cv-3542-MLB

**BLU SKY FOODS, LLC,**
**and MUNIR MANASRA**                                                 **DEFENDANTS**

## RESPOSNE TO SHOW CAUSE ORDER

Plaintiff Sidney Tinney ("Plaintiff"), by and through her undersigned attorney of the Sanford Law Firm, PLLC, for her Response to Show Cause Order – ECF No. 22, states and alleges as follows:

1.  Despite diligent and repeated attempts at service, Plaintiff has been unable to serve either Defendant Blu Sky Foods, LLC, or Munir Manasra. *See* Third Motion for Extension of Time for Service of Process of Defendants (ECF No. 19).

2.  At this time, Plaintiff does not have good reason to believe that additional attempts at service would be successful in getting either Defendant served in a reasonable amount of time.

3.  Because Plaintiff no longer sees a clear path forward, Plaintiff is not opposed to dismissal without prejudice of Defendants Blu Sky Foods, LLC, or Munir

Manasra.

                                      Respectfully submitted,

                                      **PLAINTIFF SIDNEY TINNEY**

                                      SANFORD LAW FIRM, PLLC
                                      Kirkpatrick Plaza
                                      10800 Financial Centre Pkwy, Suite 510
                                      Little Rock, Arkansas 72211
                                      Telephone: (501) 221-0088
                                      Facsimile: (888) 787-2040

                                      */s/ Josh Sanford*
                                      Josh Sanford
                                      Ark. Bar No. 2001037
                                      josh@sanfordlawfirm.com