IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**SIDNEY TINNEY**                                                                        **PLAINTIFF**

vs.                                        No. 1:22-cv-3542-MLB

**BLU SKY FOODS, LLC,**
**and MUNIR MANASRA**                                                          **DEFENDANTS**

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Sidney Tinney, by and through her undersigned counsel, for her Notice of Voluntary Dismissal without Prejudice, hereby states as follows:

1. Pursuant to Fed. R. Civ. Pro. 41(a)(1)A)(i), Plaintiff hereby voluntarily dismisses her Complaint (ECF No. 1) without prejudice.

2. No action based on or including the same claims has been previously dismissed by Plaintiff, and the opposing party has neither served an answer nor a motion for summary judgment.

Respectfully submitted,

**PLAINTIFF SIDNEY TINNEY**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com